UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**TEDDY ALBERT ALLMAN**                                                                  **PETITIONER**

v.                                                                  **CIVIL ACTION NO. 3:14-CV-P655-S**

**COMMONWEALTH OF KENTUCKY**                                                                  **RESPONDENT**

## MEMORANDUM OPINION

By Order entered October 10, 2014, this Court denied Petitioner's application to proceed without prepayment of fees and ordered Petitioner to pay the $5.00 filing fee within 30 days (DN 5). That Order warned Petitioner that failure to pay the filing fee within the allotted time would result in dismissal of the action.

More than 30 days have elapsed from the entry of that Order, and Petitioner has failed to pay the requisite fee. Accordingly, by separate Order, the Court will dismiss the petition for failure to comply with a prior Order of this Court and for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

Date: December 8, 2014

Charles R. Simpson III, Senior Judge
United States District Court

cc:    Petitioner, *pro se*
4411.009